**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JOSEPH PASTQUINEL SCOTT,** | § | |
| **TDCJ No. 02105713,** | § | |
| | § | |
| **V.** | § | **W-22-CV-810-ADA** |
| | § | |
| **BOBBY LUMPKIN.**[1] | § | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| **JOSEPH PASTQUINEL SCOTT,** | | |
| **TDCJ No. 02105713,** | § | |
| | § | |
| **V.** | § | **W-22-CV-859-ADA** |
| | § | |
| **BOBBY LUMPKIN.** | § | |

## ORDER OF CONSOLIDATION

Before the Court are Joseph Pastquinel Scott's petitions for habeas corpus relief filed in Cause Nos. 22-CV-810-ADA and 22-CV-859-ADA. Petitioner's filings indicate these petitions challenge a single conviction out of Bell County in 2016. After consideration of the petitions, the Court concludes these cases should be consolidated.

---

[1] Bobby Lumpkin, the current Director of the of the Texas Department of Criminal Justice-Correctional Institutions Division, is the proper respondent; all other respondents are terminated.

1

2

It is therefore **ORDERED** that Cause No. W-22-CV-810-ADA is hereby

**CONSOLIDATED** with Cause No. W-22-CV-859-ADA, with all pleadings to be filed from

this date forward in the lead case of Cause No. W-22-CV-810-ADA.

SIGNED this 2nd day of September, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2